# STATE OF MICHIGAN

# COURT OF APPEALS

JEANNE STARR ENTERPRISES, INC. and
JEANNE STARR GATER

        Plaintiffs/Counter-Defendants-
        Appellants,

v

MARVIN TOWNS,

        Defendant/Counter-Plaintiff-
        Appellee.

UNPUBLISHED
March 1, 2018

No. 333188
Wayne Circuit Court
LC No. 13-016468-CB

Before: JANSEN, P.J., and SERVITTO and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

    I concur in the result only.

                                      /s/ Douglas B. Shapiro

-1-